UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITE HERE REITREMENT FUND, and                     :
TRUSTEES OF THE UNITE HERE                          :
RETIREMENT FUND,                                    :
                Plaintiffs,                  :      **ORDER**
v.                                                  :
                                              :      20 CV 396 (VB)
CHESTNUT STREET HOTEL                               :
MANAGEMENT, LLC and TREMONT                         :
CHICAGO HOTEL, LLC,                                 :
                Defendants.                  :
--------------------------------------------------------------x

    It is HEREBY ORDERED:

    1.    The hearing scheduled for May 27, 2020, at 10:30 a.m. is adjourned to June 10, 2020, at 10:00 a.m.  The parties shall use the following information to connect by telephone:

    **Dial-In Number:** **(888) 363-4749 (toll free) or (215) 446-3662;**

    **Access Code:** **1703567**.

    2.    Plaintiffs shall mail a copy of this Order to defendants and file proof of service on the docket by May 22, 2020.

Dated:  May 21, 2020
           White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge

1