UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITE HERE RETIREMENT FUND

and

TRUSTEES OF THE UNITE HERE
RETIREMENT FUND,

   *Plaintiffs*,
v.

CHESTNUT STREET HOTEL MANAGEMENT,
LLC
  and

TREMONT CHICAGO HOTEL, LLC

   *Defendants*.

Civil Action
20-cv-396 (~~VSB~~) (VB)

JUDGMENT IN DEFAULT

---

  AND NOW, this 10th day of June, 2020, upon consideration of Plaintiffs' Motion for Default Judgment, it is hereby ORDERED that Plaintiffs' Motion is GRANTED, and JUDGMENT is entered in favor of the Plaintiffs and against the Defendants Chestnut Street Hotel Management, LLC ("Chestnut Street") and Tremont Chicago Hotel, LLC ("Tremont") (collectively the "Defendants"), jointly and severally, in a total amount of 93,775.02 for the following:

  (a) $28,729.86 for the default under the Settlement Agreement, including interest and liquidated damages pursuant to ERISA Sections 502(g)(2)(A)-(C). 29 U.S.C. §§1132(g)(2)(A)-(C);

  (b) $58,427.66 in in delinquent contributions, interest and liquidated damages pursuant to ERISA Sections 502(g)(2)(A)-(C). 29 U.S.C. §§1132(g)(2)(A)-(C); and

(c) Attorneys' fees in the amount of $5,787.00, and court costs and disbursements in the amount of $830.50 pursuant to Section 502(g)(2)(D) of ERISA 29 U.S.C. §1132(g)(2)(D).

SO ORDERED:

~~HON. VERNON S. BRODERICK, U.S.D.J.~~

Vincent L. Briccetti
U.S.D.J.

Dated: 6/10/2020